# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLE ABS CAPITAL 1 INC TRUST 2006-HE8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006 HE8, its successors and/or assigns<br><br>v.<br><br>DELMY H. SILVA, EDGAR A. SILVA, RONALD WALSH, and ALL OTHER OCCUPANTS | §§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 3:23-CV-1605-S-BN |

### ORDER ACCEPTING IN PART FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge insofar as the Court sua sponte remands this case to state court from which it was removed.

However, the Court declines to impose a monetary sanction against the removing party. This action was removed by Defendant Ronald Walsh. *See* Notice of Removal [ECF No. 2] 3. While this case was removed twice previously, it was not removed by Walsh. And Walsh states that he was served in the state court case on June 21, 2023—approximately one month after the federal district court issued an order warning the parties that further removals would result in a monetary sanction of at least $2,000 per removal. *See id.* at 1; Judgment, *Deutsche Bank Nat'l Tr.*

*Co. v. Silva*, No. 3:23-CV-0814 (N.D. Tex. May 26, 2023), ECF No. 7. Therefore, the Court finds that sanctions are not warranted at this time.

**SO ORDERED.**

SIGNED August 30, 2023.

_____
UNITED STATES DISTRICT JUDGE